# Norbertine Fathers and Brothers
### Priory of St. Moses the Black

7100 Midway Road
Raymond, Mississippi 39154

Tel. (601) 857-0157 • FAX (601) 857-5076



March 15, 2016

U.S. Consulate General
Nonimmigrant Visa Section
United States Embassy
Abuja, Nigeria

RE: APPLICATION FOR R-1 NONIMMGRANT VISA
    1-129 Petition Approved (WAC-16-087-50035)
    (Mr.) Valentine Okechukwu AKPA

*(Roman Catholic Religious CandidateINovice (Religious Occupation))*

Dear Sir or Madam:

    I, Rt. Rev. E. Thomas DeWane, House Prior of *St. Moses the Black Priory* and authorized official of the Canons Regular of Premontre (Norbertine Fathers), execute this letter on behalf of Mr. Valentine Okechukwu AKP A (Fr. Akpa) so he may apply for an R-1 Visa and serve as a Roman Catholic Religious CandidateINovice (Religious Occupation) in our religious community. The 1-129 Petition for a Nonimmigrant Worker filed by the Norbertine Fathers on behalf of Mr. Akpa has been approved by USCIS, granting him R-1 Status for the period of March 2, 2016 to September 1, 2018 (WAC-16-087-50035). This letter is provided in conjunction with the original 1-797, Notice of Action, 1-129 Approval Notice to demonstrate an offer of employment.

*Mr. Akpa meets all of the eligibility requirements for an R-J Visa and R-J Status pursuant to 22 C.F.R. §41.58:*

I. Mr. Akpa has been a member of the Roman Catholic Church since his baptism into the Roman Catholic Faith as an infant on April 28, 1981 (more than the two years required).
II. The Norbertine Fathers is a nonprofit, religious organization in the United States within the religious denomination, the Roman Catholic Church.
III. Mr. Akpa seeks to enter the United States as an R-1 Religious Worker at the request of the Norbertine Fathers solely for the purpose of pursuing his Religious Vocation as a Roman Catholic PostulantINovice (Religious Occupation) for a temporary period of time.
IV. Mr. Akpa will not work in any other capacity than as a Roman Catholic PostulantINovice (Religious Occupation) for the Norbertine Fathers.

    Therefore, the Norbertine Fathers is requesting that Mr. Akpa be permitted to enter the United States for a temporary period of time to pursue his Religious Vocation as a Roman Catholic PostulantINovice (Religious Occupation). The Norbertine Fathers will provide for Mr. Akpa's full care and maintenance throughout his time in the U.S. 1 respectfully request that you grant Mr. Valentine Okechukwu Akpa an R-1 Visa for the maximum time allowed according to him Form 1-797 Notice of Action and the Visa Reciprocity Schedule.

EXHIBIT A-1

If you would like more extensive information about Mr. Akpa and the Norbertine Fathers, please see the sponsor letter in Mr. Akpa's approved I-129 petition packet. If there are questions regarding his R-1 status as approved by USCIS, or the issuance of the R-1 visa, please contact our immigration attorney, Nicole E. Bonjean, with the Catholic Legal Immigration Network, Inc. at 301-565-4811 or NBonjean@cliniclegal.org.

Sincerely,

Rt. Rev. E. Thomas DeWane
Prior
St. Moses the Black Priory
Canons Regular of Premontre (Norbertine Fathers)