Wednesday, June 29, 2016

Franklin and Val

As I have indicated there is no longer any hope that the abbey leadership will change its mind relative to not accepting foreign candidates. Since the abbey in effect is the source of support for your R-1, it become necessary for me to inform the USSCIS that the "employer support" for your R-1' is withdrawn. This notice should be done within 14 days although assuming there is some leeway I must do it by AUGUST 1.

The correct legal response is to return to Nigeria unless you can find another religious order or congregation which would be willing to take on the support of your R-1. or, change to an F-1 which Val seems inclined to do. Either of these options may take more time than you have if you are to remain in status.

At any rate, considering the constraint of time, put your full effort in taking action on the next steps you must take to determine your future. Catholic Charities appreciates your efforts however you are no longer obligated by us to continue with them especially if the time at CC prevents you from determining your future.

**It should go without saying that you are welcome to stay with us until August 1.**

<u>The use of cars</u>: As long as you use the car to help out at CC you are free to take a car to and from your work there. However if you want to use a car for any other reason please drop a note in your mail box indicating where you are going and when you will return. Thanks!

Fr. Onwu will be here for another week. He will give you all the help he can to assist you. After he leaves I will do all I can to help.

Abbot Tom

*EXHIBIT A-2*