EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | 423-2016-01899 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Valentine O. Akpa | (845) 377-3981 | 04-06-1981 |

Street Address: 1617 Robinson Street, Jackson, MS 39209

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CANONS REGULAR OF PREMONTRE (NORBERTINES) | 15 - 100 | (601) 857-0157 |

Street Address: Priory Of St. Moses The Black, 7100 Midway Road, Raymond, MS 39154

RECEIVED

U.S. EEOC/JAO

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-29-2016  Latest: 06-29-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In March 2016, I began employment as a Religious Worker with the Canons Regular of Premontre (Norbertines) on R-1 visa status. I was assigned to work at their facility in Raymond, MS. The headquarters of the organization is at 1016 N. Broadway, DePere, WI 54115.

On or about June 29, 2016, I received a termination letter signed by Rev. Thomas Dewane, the Prior of St. Moses the Black at Raymond, MS. The letter came from the Abbott and Council in Wisconsin, and stated that the Abbott and Council voted to discontinue the work that I would be doing for the Norbertines because they no longer want to accept foreigners.

I believe that the organization discriminated against me in violation of Title VII of the Civil Rights Act of 1964, as amended, based on my national origin (Nigerian) and my race (black). The Norbertines is a Roman Catholic religious organization that consciously excludes blacks from employment and training. Now it specifically targets Nigerians because they indicated that Nigerians "tainted" the Norbertines organization.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 07, 2016
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT A-3